**Dan MASSENGALE and Crawford McNabb v.
UNITED STATES of America.**
No. 5602.

Circuit Court of Appeals, Sixth Circuit.
April 19, 1930.

H. H. B. Mack, of Chattanooga, Tenn.,
for appellant.

Everett Greer, U. S. Atty., of Knoxville,
Tenn.

PER CURIAM.
Judgment of District Court affirmed.

**MENASHA WOODENWARE CO. v. Alice
Baxter JONES et al.**
No. 5124.

Circuit Court of Appeals, Sixth Circuit.
Jan. 6, 1930.

Taft, Stettinius & Hollister, of Cincin-
nati, Ohio, and Carl B. Rix, of Milwaukee,
Wis., for appellant.

J. E. Sater, of Columbus, Ohio, and Wil-
liam A. Hayes, of Milwaukee, Wis., for ap-
pellee.

PER CURIAM.
Dismissed pursuant to stipulation of
counsel.

**W. H. MERCHANT et al. v. Ada FRITZ et al.**
No. 168.

Circuit Court of Appeals, Tenth Circuit.
Jan. 14, 1930.

J. O. Seth, of Santa Fé, N. M., for ap-
pellants.

Before LEWIS and McDERMOTT, Cir-
cuit Judges.

PER CURIAM.
Dismissed January 14, 1930, on stipula-
tion.

**METROPOLITAN LIFE INSURANCE COM-
PANY v. Rebecca FRIEDMAN
(two cases).**
Nos. 81, 82.

Circuit Court of Appeals, Tenth Circuit.
Aug. 2, 1929.

Stephen R. Curtis and Henry McAllister,
both of Denver, Colo., for appellant.

Charles Rosenbaum and Benjamin B. Mil-
ler, both of Denver, Colo., for appellee.

Before LEWIS, Circuit Judge, and
SYMES, District Judge.

PER CURIAM.
Dismissed August 2, 1929, on stipulation.

**Maurice MEYER v. UNITED STATES of
America.**
No. 5440.

Circuit Court of Appeals, Sixth Circuit.
Dec. 2, 1929.

W. B. Rosenfield, of Memphis, Tenn., for
appellant.

Lindsay B. Phillips, U. S. Atty., of Mem-
phis, Tenn.

PER CURIAM.
Dismissed pursuant to motion of counsel
for appellant.